UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| STEVEN E. MACKEY, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:25-cv-00168-MPB-CSW |
| | ) |
| DANNY MITCHELL Warden of Branchville Correctional Facility, et al., | ) |
| | ) |
| Defendants. | ) |

**FINAL JUDGMENT**

The Court, having this day made its Order directing the entry of final judgment, now enters FINAL JUDGMENT. The action is **dismissed without prejudice**.

Date: December 17, 2025

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

STEVEN E. MACKEY, JR.
328269
54203 Wilson Ave
Elkhart, IN 46516